**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**ANNA VASQUEZ,**

      Plaintiff,                                     **CASE NO. 8:17-CV-00918-RAL-TGW**

vs.

**CAPITAL ONE FINANCIAL CORPORATION,**

      Defendant.

_____/

**NOTICE OF SETTLEMENT**

      Plaintiff Anna Vasquez and Defendant identified as Capital One Financial Corporation, properly known as Capital One Bank (USA), N.A. ("Capital One"), notify this Court that Plaintiff and Capital One have resolved all claims between them in this matter and are in the process of completing the final settlement documents and filing the appropriate dismissal pleadings. The parties request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

      Respectfully submitted the 23rd of June, 2017.

| | |
|---|---|
| s/ Jason S. Weiss (with permission) | s/ Megan P. Stephens |
| Jason S. Weiss | Joshua H. Threadcraft (96153) |
| Florida Bar No. 356890 | Joshua.Threadcraft@burr.com |
| **WEISS LAW GROUP, P.A.** | Megan P. Stephens (92557) |
| 5531 N. University Drive, Suite 103 | Megan.Stephens@burr.com |
| Coral Springs, FL 33067 | BURR & FORMAN, LLP |
| Tel: (954) 573-2800 | 420 North 20th Street, Suite 3400 |
| Fax: (954) 573-2798 | Birmingham, Alabama 35203 |
| Jason@jswlawyer.com | Telephone:    205-251-3000 |
| Attorney for Plaintiff | Attorneys for Capital One |

2

**CERTIFICATE OF SERVICE**

      I do hereby certify that on this the 23rd day of June, 2017, I caused a copy of the foregoing to be electronically filed with the Clerk of Court using the cm/ecf system, which will provide electronic notice of the filing to the following:

Jason S. Weiss
Florida Bar No. 356890
**WEISS LAW GROUP, P.A.**
5531 N. University Drive, Suite 103
Coral Springs, FL 33067
Jason@jswlawyer.com
    1.

                                      s/ Megan P. Stephens
                                      Megan P. Stephens (92557)