**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

ANNA VASQUEZ,

        Plaintiff,

v.                                      CASE NO.  8:17-cv-918-T-26TGW

CAPITAL ONE FINANCIAL
CORPORATION,

        Defendant.
_____/

**O R D E R**

The Court has been advised by **Defendant's counsel** that the above-styled action has been settled. (See Dkt. 14.)  Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. The Clerk is directed to terminate any pending motions/deadlines and to **CLOSE** the file.

**DONE AND ORDERED** at Tampa, Florida, on June 23, 2017.

                                  s/*Richard A. Lazzara*
                                  **RICHARD A. LAZZARA
UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record